# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

OCT - 7 1999

AT BALTIMORE
CLERK U.S. DISTRICT
DISTRICT OF MARYLAND

-------------------------------------------------------

GERTRUDE KRUZE : C.A. NO. 95-3868
          **Plaintiff** :

  v. :

SCIENTIFIC SPINAL, et al. : Hon. J. Frederick Motz
          **Defendants** :
           _____ **FEE PAID**
: _____ **FEE NOT PAID**
(SEND LETTER)
-------------------------------------------------------

LODGED    ENTERED    RECEIVED

OCT 1 2 1999

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 101.1(b) of this Court, James Koch, Esquire, a member of the Bar

of this Court, moves the admission of <u>Andrew M. Ominsky,</u> Esquire to appear *pro hac vice* in the

captioned proceeding as counsel for Plaintiff.

Movant and the proposed admittee respectfully certify as follows:

    1.    The proposed admittee is a member in good standing of the Bars of the States of

Pennsylvania and Colorado and/or the following United States Courts: Eastern District of

Pennsylvania, Middle District of Pennsylvania, the District of Colorado and the Sixth Circuit Court

of appeals.

    2.    During the twelve (12) months immediately preceding the filing of this motion, the

proposed admittee has been admitted *pro hac vice* in this court __0__ time(s).

    3.    The proposed admittee has never been disbarred, suspended, or denied admission to

practice, or has set forth all relevant facts, including disposition, as follows: None.

    4.    The proposed admittee is familiar with Federal Rules of Civil Procedure, the Local

Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence,





and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

   5.   Co-counsel for the proposed admittee in this proceeding will be the undersigned or James Koch, Esquire, who has been formally admitted to the bar of this Court.

   6.   It is understood that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

MOVANT:                                          PROPOSED ADMITTEE:

_____                         _____
Signature                                        Signature

1101 St. Paul Street, Suite 403                  1760 Market Street, 10th Floor
Baltimore, MD 21202                              Philadelphia, PA 19103
(410) 539-7816                                   (215) 568-4500
(410) 539-3957                                   (215) 751-9005 (Fax)


01359
MD U.S. District Court Number


## ORDER

Motion      ___✓___ GRANTED

Motion      _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion      _____ DENIED


_____                         _____
Dated                                            Judge, U.S. District Court


2