FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 NOV -3  A 11: 33

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THOMAS MCCLURE, et al. | : |
| | : |
| v. | : CIVIL ACTION NO. JFM-95-3867 |
| | : |
| SCIENTIFIC SPINAL, et al. | : |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GERTRUDE KRUZE | : |
| | : |
| v. | : CIVIL ACTION NO. JFM-95-3868 |
| | : |
| SCIENTIFIC SPINAL, et al. | : |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DIANNE DUDAS, et al. | : |
| | : |
| v. | : CIVIL ACTION NO. JFM-95-3869 |
| | : |
| SCIENTIFIC SPINAL, et al. | : |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KATHLEEN BAUER, et al. | : |
| | : |
| v. | : CIVIL ACTION NO. JFM-96-404 |
| | : |
| SCIENTIFIC SPINAL, et al. | : |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LUCIANO SORRENTINO          :
                            :
v.                          :   CIVIL ACTION NO. JFM-96-406
                            :
SCIENTIFIC SPINAL, et al.   :

*******************************************************

## ORDER

Having read the pending Motion for Reconsideration filed in connection with this Court's October 19, 2000 Memorandum and Order denying the taxation of certain costs, **IT IS** this 3rd day of Nov., 2000 by this Court hereby **ORDERED**:

1. That the Motion for Reconsideration filed by defendant Scientific Spinal, Inc. in connection with the above-captioned cases **IS GRANTED IN PART** to permit defendant to file a Bill of Cost request within **TWENTY** days;

2. That the Motion for Reconsideration filed by defendant Scientific Spinal, Inc. in connection with the above-captioned cases **IS DENIED IN PART** with regard to the request to allow taxation of the $33,646.97 for copying expenses related to discovery materials requested by the Plaintiffs' Liaison Committee ["PLC"]; and

3. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to counsel for all parties in these cases.

J. Frederick Motz
United States District Judge