IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KATHLEEN AND HENRY BAUER | * | |
| | * | |
| v. | * | Civil No. JFM-95-404 |
| | * | |
| SCIENTIFIC SPINAL, ET AL. | * | |
| | | |
| LUCIANO SORRENTINO | * | |
| | * | |
| v. | * | Civil No. JFM-95-406 |
| | * | |
| SCIENTIFIC SPINAL, ET AL. | * | |
| | | |
| THOMAS AND TRUDY MCCLURE | * | |
| | * | |
| v. | * | Civil No. JFM-95-3867 |
| | * | |
| SCIENTIFIC SPINAL, ET AL. | * | |
| | | |
| GERTRUDE KRUZE | * | |
| | * | |
| v. | * | Civil No. JFM-95-3868 |
| | * | |
| SCIENTIFIC SPINAL, ET AL. | * | |
| | | |
| DIANE AND MICHAEL DUDAS | * | |
| | * | |
| v. | * | Civil No. JFM-95-3869 |
| | * | |
| SCIENTIFIC SPINAL, ET AL. | * | |
| | ***** | |

ORDER

Upon consideration of defendant's unopposed motion for reconsideration, it is, this 10th day of May 2001

ORDERED that said motion be granted.

J. Frederick Motz
United States District Judge